# EXHIBIT A

# Report for Project - 080223-1 - Coldstone v2

## Response Counts

| | | |
|---|---|---|
| **Completion Rate:** | **100%** | |
| | Complete | 404 |
| | | **Totals: 404** |

## 1. What is your age?



| Value | Percent | | Responses |
|-------|---------|---|-----------|
| 18 to 24 | 11.1% | | 45 |
| 25 to 34 | 18.8% | | 76 |
| 35 to 44 | 16.1% | | 65 |
| 45 to 54 | 16.8% | | 68 |
| 55 to 64 | 16.1% | | 65 |
| 64+ | 21.0% | | 85 |

Totals: **404**

## 2. What is your gender?



| Value | Percent | Responses |
|-------|---------|-----------|
| Male | 49.0% | 198 |
| Female | 50.2% | 203 |
| Non-binary | 0.5% | 2 |
| Other (please specify) (click to view) | 0.2% | 1 |
| | | Totals: **404** |

3. Please select the State you live in.



| Value | Percent | Responses |
|---|---|---|
| California | 10.6% | 43 |
| Florida | 7.4% | 30 |
| Georgia | 4.0% | 16 |
| Illinois | 3.5% | 14 |

Totals: 404

| Value | Percent | Responses | |
|---|---|---|---|
| New Jersey | 3.0% | 12 | |
| New York | 8.7% | 35 | |
| North Carolina | 3.2% | 13 | |
| Ohio | 4.7% | 19 | |
| Texas | 8.4% | 34 | |
| Washington | 3.2% | 13 | |
| All Others (click to expand) ▶ | | 42.8% | 175 |

**Totals: 404**

## 4. Which of the following, if any, have you purchased in the past 3 months? Select all that apply



| Value | Percent | Responses |
|---|---|---|
| Peanut Butter | 66.3% | 268 |
| Diapers | 19.3% | 78 |
| Bread | 87.4% | 353 |
| Toothpaste | 82.7% | 334 |
| Toilet paper | 88.6% | 358 |

| Value | Percent | Responses |
|---|---|---|
| Fruits | 85.1% | 344 |
| Laundry detergent | 85.1% | 344 |
| Ice cream | 100.0% | 404 |
| Chocolate | 78.0% | 315 |
| Tools | 27.0% | 109 |
| Frozen pizza | 66.8% | 270 |

5. Please select the brand(s) of ice cream you have purchased in the past 3 months. Select all that apply.



| Value | Percent | Responses |
|---|---|---|
| Coldstone Creamery | 20.8% | 84 |
| Tillamook | 19.1% | 77 |
| Baskin-Robbins | 26.2% | 106 |
| Thrifty | 10.1% | 41 |
| Dreyers | 17.6% | 71 |

| Value | Percent | Responses |
|-------|---------|-----------|
| Breyers | 45.0% | 182 |
| Haagen-Dazs | 34.2% | 138 |
| Blue Bunny | 38.1% | 154 |
| Magnum | 15.6% | 63 |
| Ben & Jerry's | 38.4% | 155 |
| Nestle | 25.5% | 103 |
| Friendly's | 8.7% | 35 |
| None of the above | 9.7% | 39 |

Please review the following image carefully as you will be asked a few questions about it.



Click 'Next' to continue.

6.  When viewing the image above, what ingredients do you believe would be included in the Banana ice cream? Select all that apply.



| Value | Percent | Responses |
|---|---|---|
| Milk | 77.0% | 311 |
| Water | 19.8% | 80 |
| Sugar (sucrose) | 70.3% | 284 |
| Flavor agents | 45.5% | 184 |
| Banana | 87.6% | 354 |

| Value | Percent | Responses |
|-------|---------|-----------|
| Whipped cream | 28.0% | 113 |
| Heavy whipping cream | 40.8% | 165 |
| Ice | 31.2% | 126 |
| Food coloring | 42.3% | 171 |
| None of the these ingredients | 0.7% | 3 |

7.  When viewing the image above, what ingredients do you believe would be included in the Chocolate ice cream? Select all that apply.



| Value | Percent | Responses |
| --- | --- | --- |
| Milk | 79.2% | 320 |
| Water | 20.8% | 84 |
| Sugar (sucrose) | 69.8% | 282 |
| Flavor agents | 37.4% | 151 |
| Chocolate | 90.8% | 367 |

| Value | Percent | Responses |
|-------|---------|-----------|
| Whipped cream | 22.5% | 91 |
| Heavy whipping cream | 43.6% | 176 |
| Ice | 31.9% | 129 |
| Food coloring | 30.9% | 125 |
| None of the these ingredients | 1.0% | 4 |

8.  When viewing the image above, what ingredients do you believe would be included in the Strawberry ice cream? Select all that apply.



| Value | Percent | | Responses |
|---|---|---|---|
| Milk | 78.2% | | 316 |
| Water | 20.5% | | 83 |
| Sugar (sucrose) | 72.3% | | 292 |
| Flavor agents | 48.0% | | 194 |
| Strawberries | 91.3% | | 369 |

| Value | Percent | Responses |
|---|---|---|
| Whipped cream | 26.5% | 107 |
| Heavy whipping cream | 41.3% | 167 |
| Ice | 32.2% | 130 |
| Food coloring | 48.0% | 194 |
| None of the these ingredients | 0.2% | 1 |

9.  When viewing the image above, what ingredients do you believe would be included in the Pistachio ice cream? Select all that apply.



| Value | Percent | | Responses |
|-------|---------|---|-----------|
| Milk | 77.0% | | 311 |
| Water | 21.8% | | 88 |
| Sugar (sucrose) | 70.3% | | 284 |
| Flavor agents | 48.0% | | 194 |
| Pistachios | 85.4% | | 345 |

| Value | Percent | Responses |
|---|---|---|
| Whipped cream | 26.0% | 105 |
| Heavy whipping cream | 40.1% | 162 |
| Ice | 32.9% | 133 |
| Food coloring | 52.7% | 213 |
| None of the these ingredients | 1.0% | 4 |

10.  When viewing the image above, what ingredients do you believe would be included in the Mint ice cream? Select all that apply.



| Value | Percent | | Responses |
|---|---|---|---|
| Milk | 77.0% | | 311 |
| Water | 19.1% | | 77 |
| Sugar (sucrose) | 71.3% | | 288 |
| Flavor agents | 48.0% | | 194 |
| Mint | 88.6% | | 358 |

| Value | Percent | Responses |
|-------|---------|-----------|
| Whipped cream | 23.5% | 95 |
| Heavy whipping cream | 40.3% | 163 |
| Ice | 31.9% | 129 |
| Food coloring | 54.7% | 221 |
| None of the these ingredients | 1.2% | 5 |

## 11. What is the highest level of education you completed?



| Value | Percent | Responses |
|---|---|---|
| Completed some high school | 3.5% | 14 |
| High school graduate | 29.0% | 117 |
| Completed some college | 19.6% | 79 |
| Associate degree | 11.6% | 47 |
| Bachelor's degree | 16.1% | 65 |
| | | **Totals: 404** |

| Value | Percent | Responses |
|-------|---------|-----------|
| Completed some postgraduate | 4.0% | 16 |
| Master's degree | 13.6% | 55 |
| Ph.D., law or medical degree | 2.5% | 10 |
| Other advanced degree beyond a Master's degree | 0.2% | 1 |
| | | Totals: 404 |

12. What is your ethnicity? Select all that apply.



| Value | Percent | Responses |
|---|---|---|
| African American | 14.1% | 57 |
| Asian (non Pacific Islander) | 3.0% | 12 |
| Caucasian | 71.8% | 290 |
| Central Asian | 0.2% | 1 |
| Chinese | 1.2% | 5 |

| Value | Percent | Responses |
|-------|---------|-----------|
| Hispanic/Latino | 14.6% | 59 |
| Middle Eastern/North African | 0.5% | 2 |
| Mixed Racial from Caribbean Islands | 0.5% | 2 |
| Native American, Eskimo, Aleutian | 1.0% | 4 |
| Other Ethnicity | 0.5% | 2 |

13. What is your annual household income?



| Value | Percent | Responses |
|-------|---------|-----------|
| $19,999 or less | 12.1% | 49 |
| $20,000-$29,999 | 12.6% | 51 |
| $30,000-$39,999 | 13.1% | 53 |
| $40,000-$49,999 | 10.6% | 43 |
| $50,000-$59,999 | 9.2% | 37 |
| | | Totals: 404 |

| Value | Percent | Responses |
|---|---|---|
| $60,000-$69,999 | 6.7% | 27 |
| $70,000-$79,999 | 6.9% | 28 |
| $80,000-$89,999 | 2.7% | 11 |
| $90,000-$99,999 | 6.2% | 25 |
| $100,000-$124,999 | 8.2% | 33 |
| $125,000-$149,999 | 5.9% | 24 |
| $150,000+ | 5.7% | 23 |

Totals: **404**

This is a report for "080223-1" (Survey #7458944)