

**KYLE S. WILLEMS**
SHAREHOLDER
Licensed in MN and WI

T  612.376.1604
F  612.746.1204

KWILLEMS@BASSFORD.COM

October 30, 2023

*VIA ELECTRONIC FILING*

The Honorable Judge Gary R. Brown
Judge of the District Court
Eastern District of New York

Re: *Jenna Marie Duncan, individually and on behalf of all others similarly situated, v. Kahala Franchising, L.L.C.*
Court File No.:  2:22-cv-07841

Your Honor:

Pursuant to the Court's Docket Entry on October 12, 2023, the Parties met and conferred on October 17, 2023. Based on the Parties' availability, we agreed to the following briefing schedule on Defendant Kahala Franchising, L.L.C.'s motion to dismiss. The proposed brief schedule is as follows:

**Defendant's principal brief:**   January 12, 2024

**Plaintiff's brief in opposition:**   February 2, 2024

**Defendant's reply brief:**   February 16, 2024

Respectfully submitted,

**/s/ Kyle S. Willems**             **/s/ Joshua Nassir**
Kyle S. Willems                          Joshua Nassir

*Counsel for Defendant*           *Counsel for Plaintiffs*