

Joshua Nassir
2121 Avenue of the Stars, Ste 2580
Los Angeles, CA 90067
jnassir@treehouselaw.com
(310) 751-5917

May 13, 2024

RE: *Duncan v. Kahala Franchising, L.L.C. 2:22-cv-07841-GRB-AYS*; Parties' Notice to the Court Regarding Rule 16 Initial Conference

Dear Judge Shields:

On April 2, 2024, Your Honor ordered that, "[i]n light of the pending motion to dismiss, counsel are directed to contact chambers to schedule an initial conference, if necessary, following a decision on the motion." *See* April 2, 2024 Text Order.

On May 2, 2024, the Court issued its decision granting in part and denying in part Defendant Kahala Franchising L.L.C's ("Defendant") motion to dismiss Plaintiff Jenna Marie Duncan's ("Plaintiff", together with Defendant, the "Parties") First Amended Class Action Complaint. *See* ECF No. 28.

Thus, the Parties respectfully request the Court schedule an initial conference in this matter pursuant to its April 2, 2024 Order.

Sincerely,

Joshua Nassir, Esq.

CC:
All Counsel of Record (via ECF)

| | |
|---|---|
| DATED: May 13, 2024 | **TREEHOUSE LAW, LLP** |

By: */s/ Joshua Nassir*

Joshua Nassir (*pro hac vice*)
2121 Avenue of the Stars, Suite 2580
Los Angeles, CA 90067
Telephone: (310) 751-5948
jnassir@treehouselaw.com

**CUSTODIO & DUBEY LLP**

Robert Abiri (SBN 238681)
E-mail: abiri@cd-lawyers.com
445 S. Figueroa Street, Suite 2520
Los Angeles, CA 90071
Telephone: (213) 593-9095
Facsimile: (213) 785-2899

Attorneys for Plaintiff and the Putative Classes

| | |
|---|---|
| DATED: May 13, 2024 | **BASSFORD REMELE** |

By: */s/ Bryce D. Riddle*
Bryce D. Riddle (*pro hac vice*)
Kyle S. Willems (*pro hac vice*)
100 South 5th Street, Suite 1500
Minneapolis, MN 55402-1254
Tel: (612) 333-3000
Fax: (612) 333-8829
briddle@bassford.com
kwillems@bassford.com

Attorneys for Defendant